UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA MARIE TRAVAGLIO,

    Plaintiff-Appellant,

v.     Case No. 8:10-cv-1311-T-33AEP

AMERICAN EXPRESS COMPANY, ET AL.,

    Defendants-Appellees.
_____/

## ORDER

This matter comes before the Court pursuant to the United States Court of Appeals for the Eleventh Circuit's Order and Opinion issued August 19, 2013 (Doc. # 68) and Mandate issued September 23, 2013 (Doc. # 69). Pursuant to the Eleventh Circuit's instructions upon remand, the Court dismisses this case for lack of subject matter jurisdiction. The Clerk is directed to close this case.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is **DISMISSED** for lack of subject matter jurisdiction.

(2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of September, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies:   All Counsel of Record